UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Christopher J. Gonzalez,　　　　　　　　　　File No. 23-cv-2718 (ECT/ECW)

　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　**ORDER ACCEPTING REPORT
　　　　　　　　　　　　　　　　　　　　AND RECOMMENDATION**

B. Eischen, *Warden*,

　　　　　Respondent.

---

　　　Petitioner Christopher J. Gonzalez commenced this action pro se by filing a petition for a writ of habeas corpus. Pet. [ECF No. 1]. The case is before the Court on a Report and Recommendation [ECF No. 5] issued by Magistrate Judge Elizabeth Cowan Wright. Magistrate Judge Wright recommends denying Gonzalez's petition and dismissing the action. R&R at 3. Gonzalez filed objections to the Report and Recommendation. ECF No. 6. In response to Gonzalez's objections, Respondent filed a very short pleading confirming his view that the Report and Recommendation "should be adopted in its entirety." ECF No. 7. Because Gonzalez has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Wright's analysis and conclusions are correct.

Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Objections to the Report and Recommendation [ECF No. 6] are **OVERRULED**;

2. The Report and Recommendation [ECF No. 5] is **ACCEPTED** in full;

3. The action is **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 13, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court